William L. Pardini, Petitioner *v.* Commonwealth of Pennsylvania, Unemployment Compensation Board of Review, Respondent.

Argued November 2, 1978, before Judges MENCER, DISALLE and CRAIG, sitting as a panel of three.

*Ronald T. Conway,* with him *Edward Goldberg,* for appellant.

*William J. Kennedy,* Assistant Attorney General, with him *Gerald Gornish,* Acting Attorney General, for appellee.

OPINION BY JUDGE CRAIG, April 19, 1979:

Claimant appeals from an order of the Unemployment Compensation Board of Review denying him benefits under Section 402(h) of the Unemployment Compensation Law[1] on the ground that his former work had been self-employment.

The record shows that claimant owned fifty percent of the outstanding stock of Standard Metal Products, Inc. Serving as secretary-treasurer of the corporation and as a member of the board of directors, claimant was the company's general manager, until the corporation's bankruptcy on February 1, 1977.

This case is controlled by *Kerns v. Unemployment Compensation Board of Review,* 28 Pa. Commonwealth Ct. 48, 367 A.2d 334 (1976), where we held that ownership of one-quarter of the corporation's outstanding stock and membership on its board of directors, coupled with the status of corporate officer, were sufficient to establish that claimant had that "substantial degree of control" over the corporation's operation which constituted self-employment, making him ineligible for compensation benefits under the rule articulated in *Starinieri Unemployment Compensation Case,* 447 Pa. 256, 289 A.2d 726 (1972).

We affirm the order of the Board denying claimant benefits.

### ORDER

AND Now, this 19th day of April, 1979, the order of the Unemployment Compensation Board of Re-

---

[1] Act of December 5, 1936, Second Ex. Sess., P.L. (1937) 2897, *as amended,* 43 P.S. §802(h) (disqualifies self-employed persons).

view, No. B-147615, dated July 19, 1977, is affirmed and claimant's appeal is dismissed.